## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is


(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District |
|---|---|
| Name: Filbert Nelson | Prisoner No.: W62821 | Case No.: SUCR96-11060 |

Place of Confinement: Massachusetts Correctional Institution, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056

Name of Petitioner (include name under which convicted): Filbert Nelson

v.

Name of Respondent (authorized person having custody of petitioner): Luis Spencer, Superintendent

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  **Suffolk Superior Court, Boston, MA**

2. Date of judgment of conviction  **June 10, 1997**

3. Length of sentence  **18-20, Fifteen Mandatory.**

4. Nature of offense involved (all counts)  **Trafficking Cocaine over 200 grams, and Unlawful Possession of a Firearm.**

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Appeals Court__

   (b) Result __Affirmed in an Unpublished Decision Rule .1:28__

   (c) Date of result and citation, if known __June 4, 2001; 51 Mass.App.Ct. 1112__

   (d) Grounds raised __Counsel refusal to allow the defendant to testify on his own behalf; the defendant's involuntary and unknowing waiver his right to testify; the judge committed error by denying the defendant's request to discharged counsel, and the Defendant's Motion to Suppress.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Massachusetts Supreme Judicial Court__

   (2) Result __Denied__

   (3) Date of result and citation, if known __July 30, 2001__

   (4) Grounds raised __The defendant was deprived of effective assistance of counsel since trial counsel refused to allow the defendant to testify on his own behalf; Trial Judge committed reversible error by not granting defendant a brief continuance to obtain new counsel.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __None__

   (2) Result __None__

   (3) Date of result and citation, if known __None__

   (4) Grounds raised __None__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Boston Suffolk Superior Court__

    (2) Nature of proceeding __Pro-se Motion for a New Trial with Memorandum of law and Affidavit.__

    (3) Grounds raised __The defendant was deprived his right to the effective assistance of counsel as a result of counsel's failure to allow__

(3)

the defendant to testify in his own behalf when defendant had expressed his desire to do so; The Judge erred in denying defendant's Oral Motion to discharge counsel and for a brief continuance when defendant had informed the court that counsel was not presenting a proper defense in his behalf.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __Denied__

(6) Date of result __August 9, 1999__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __Boston Suffolk Superior court__

(2) Nature of proceeding __2nd Motion for a New Trial and Evidentiary Hearing with Memorandum of Law along with Four Affidavits.__

(3) Grounds raised __Ineffective Assistance of Trial and Appellate Counsels; Unlawful Arrest; Unlawful Search of Residence; Missing Witness Instruction, and Failure to conduct an Adequate Investigation.__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☒

(5) Result __Denied__

(6) Date of result __July 31, 2002__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒   No ☐
(2) Second petition, etc.    Yes ☒   No ☐     SEE ATTACHED FOR MORE INFORMATION ON THE APPEAL.

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
__N/A__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.  Ground one: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, in violation of Mr. Nelson's 4th Amendment Rights.

Supporting FACTS (state *briefly* without citing cases or law) Mr. Nelson's arrest was based on allegations made by an informant unknown to the boston police officers, whose veracity had never been tested or proved, and was under arrest for drugs distribution. The police arrested Mr. Nelson without probable cause, and no corroborating information of criminal activity. The arresting officer testified that he didn't know for an actual certainty that (Nelson) had drugs at the time he made the arrest

B.  Ground two: Mr. Nelson was deprived of his rights to testify and called witnesses in his favor, violate his due process rights   See Attached

Supporting FACTS (state *briefly* without citing cases or law) Prior to trial, Mr. Nelson specifically informed counsel that he wanted to testify, and that counsel should called the informant, a key prosecution witness who had specific knowledge that the apartment was search on June 17, 1996, Mattie and Yvette Brown who saw the apartment ransacked prior to the officers having a warrant so they could testified.

ATTACHMENTS

11.

(c)   Petitioner's appeal was filed in the Massachusetts Appeals Court on August 22, 2002. The Appeals Court denied the appeal on November 12, 2003. Petitioner's filed for Further Appellate Review on November 25, 2003 which was denied on January 29, 2004.

Page 5.

B.  Ground two:

under the Fifth, Sixth and Fourteenth Amendment to the United States Constitution.

C.  Ground three: Petitioner was denied of Effective Assistance of Counsels in violation of the 6th and 14th Amendment to the United States Constitution.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner was represented by different attorneys at the suppression hearing, at trial and on appeal. Neither counsels present adequate representation on petitioner's behalf, despite the fact there were exculpatory evidence to contradict the Commonwealth's case.

D.  Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐        No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a)  At preliminary hearing    John Moscardelli

    (b)  At arraignment and plea   John Moscardelli
         8 Winter Street  Boston, MA 02108

(6)

(c) At trial    Christopher P. Belezos
    100 Weymouth Street, Unit B2 Rockland, MA 02370

(d) At sentencing    Christopher P. Belezos

(e) On appeal    McBride & Associates. William A. Korman was assigned
    585 Commercial Street  Boston, MA 02109

(f) In any post-conviction proceeding    William A. Korman

(g) On appeal from any adverse ruling in a post-conviction proceeding    William A. Korman

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future:    None

    (b) Give date and length of the above sentence:    none

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☒    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

2/11/2004
(date)

_____
Signature of Petitioner

(7)