Filbert Nelson
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

February 26, 2004

Mr. Tony Anastas
Clerk
United States District Court
Suite 2300
1 Courthouse Way
Boston, Mass 02210

RE: <u>Filbert Nelson v. Luis Spencer</u>
    (New Action)

Dear Mr. Anastas:

On February 11, 2004, I forward my Writ of Habeas Corpus Application, Civil Cover Sheet, Civil Category Sheet along with the $5.00 fee as required to file the action.

I would like to know if you received those documents, and if you did, please provide me with a copy of the docket entry sheet.

Thank for your time and kind attention to this matter.

Sincerely,

Filbert Nelson, <u>pro-se</u>

cc: Filed