UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FILBERT NELSON,**

                Petitioner,

                                                 Civil Action
   v.                                          No.  04-10316-JLT

**LUIS SPENCER, SUPERINTENDENT,**

                Respondent.


ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915; it is ORDERED that:

☐    The application to proceed without prepayment of fees is GRANTED.

☒    It is FURTHER ORDERED that the application is DENIED as MOOT.  The Court's records indicate petitioner paid the $5.00 filing fee on February 13, 2004.


 March 3, 2004                /s/ Joseph L. Tauro
**DATE**                             **UNITED STATES DISTRICT JUDGE**


**(ifphabe.ord - 9/20/96)**                                          **[oifphc.]**