UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FILBERT G. NELSON, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 04-10316-JLT |
| LUIS SPENCER, ) | |
| Respondent. ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR RESPONSIVE PLEADINGS TO
PETITION FOR WRIT OF HABEAS CORPUS**

The respondent, Luis Spencer, Superintendent of MCI Norfolk, through counsel, respectfully moves this Court to enlarge the time in which to file an answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to April 16, 2004. As grounds therefor, the respondent's attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts requires the respondent to answer each allegation of the complaint and state whether the petitioner has exhausted state remedies including post-conviction actions. The Rule also requires that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state court proceedings from the Suffolk County District Attorney's office. The district attorney's office has not yet located the defendant's appellate file, which will speak to whether the petitioner has exhausted his state court remedies for the claims he now asserts.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing

2

an answer or other responsive pleading in the above-captioned petition to April 16, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2832
BBO No. 561669

Dated: March 26, 2004

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon petitioner, at the address below on March 26, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Filbert Nelson
2 Clark Street, P.O. Box 43
Norfolk, MA 02056

_____
Susanne G. Reardon
Assistant Attorney General