UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No. 04-10316-JLT

FILBERT NELSON,
    Petitioner,

v.

LUIS SPENCER,
    Respondent,

MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the petitioner in the above-entitled matter and pursuant to 28 U.S.C. § 1915(d), hereby moves that this Honorable Court appoint counsel to represent him on his Petition for a Writ of Habeas Corpus, being filed herewith. See Tabron v. Grace, 6 F.3d 147, 155-156 (3rd Cir. 1993). The Pauper's Affidavit of petitioner is hereby made of this motion.

Respectfully Submitted,

Filbert Nelson, pro-se
MCI-Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

Dated: April 12th, 2004.