UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No. 04-10316-JLT

FILBERT NELSON,
    Petitioner,

v.

LUIS SPENCER,
    Respondent,

AFFIDAVIT IN SUPPORT OF MOTION
FOR APPOINTMENT OF COUNSEL

    I, Filbert Nelson, hereby state that the following is true and accurate to the best of my knowledge:

    1. I am the petitioner in the above-entitled matter.

    2. I am indigent without any formal schooling or knowledge of the law.

    3. I believe that the appointment of counsel is imperative due to the complicating factors that exist in my case.

    4. While I have filed this matter pro-se, I believe I will receive competent representation by the appointment of counsel.

    5. Due to the complicating factors existing in my case, based upon the "unreasonable application" that in the interest of justice would be properly served with the appointment of counsel.


-2-

Signed under the pains and penalties of perjury on this _12th_ day of April, 2004.

                                              Respectfully Submitted

                                              /s/ Filbert Nelson
                                              Filbert Nelson, pro-se
                                              MCI-Norfolk
                                              2 Clark Street
                                              P.O. Box 43
Dated: April _12th_ 2004.          Norfolk, MA 02056