UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FILBERT NELSON<br>            Petitioner,<br><br>v.<br><br>LUIS SPENCER<br>            Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-10316-JLT |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Filbert Nelson.

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.

9(a)-(d). Admitted.

9(e). Admitted. Answering further, the respondent states that the citation for the denial of further appellate review is 434 Mass. 1108, 757 N.E.2d 729 (2001). The petitioner also raised a third claim in his application for further appellate review: that the motion judge erred in denying the defendant's motion to suppress.

9(f).    The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

10.    Admitted.

11(a).    Admitted.

11(b).    Admitted.

11(c).    Admitted.  Further answering the respondent states that the citation for the Appeals Court opinion is 59 Mass. App. Ct. 1112, 798 N.E.2d 586 (2003) and the citation for the denial of further appellate review is 441 Mass. 1102, 803 N.E.2d 332 (2004).

11(d).    Left blank by petitioner.

12.    The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.  To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the facts found by the Massachusetts Appeals Court in *Commonwealth v. Nelson*, 51 Mass. App. Ct. 1112, 748 N.E. 2d 1056 (2001).

13.    Left blank by petitioner.

14.    The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15(a)-(b) The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 15(a)-(b)

15(c)-(g).    Admitted.

16.    Admitted.

17.    The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

And further answering the respondent has obtained transcripts from the petitioner's trial which will be supplied to the Court whenever deemed necessary. Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

### VOLUME I- DIRECT APPEAL

1. Docket sheets, Commonwealth v. Filbert Nelson, SUCR1996-11060.

2. Brief and Record Appendix on appeal to the Massachusetts Appeals Court (99-P-749).

3. Brief and Supplemental Appendix for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (99-P-749).

4. Reply brief of defendant.

5. *Commonwealth v. Nelson*, 51 Mass. App. Ct. 1112, 748 N.E. 2d 1056 (2001).

6. Application for further appellate review.

7. *Commonwealth v. Nelson*, 434 Mass. 1108, 757 N.E.2d 729 (2001)(Further Appellate Review Denied).

### VOLUME II- COLLATERAL APPEAL

8. Brief and Record Appendix on appeal to the Massachusetts Appeals Court (2002-P-1157).

9. Commonwealth's brief and supplemental record appendix (No. 2002-P-1157).

10. *Commonwealth v. Nelson*, 436 Mass. 190, 763 N.E.2d 55 (2002).

11. Application for further appellate review, FAR 13822.

12. *Commonwealth v. Nelson*, 441 Mass. 1102, 803 N.E. 2d 332 (2004) (further appellate review denied).

### **DEFENSES**

1. The petition contains claims which have not been exhausted in the state courts.

2. The petition raises claims that are procedurally defaulted.

3. In the alternative, the state court adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL

                                          /s Susanne G. Reardon
                                          Susanne G. Reardon
                                          Assistant Attorney General
                                          Criminal Bureau
                                          One Ashburton Place
                                          Boston, Massachusetts 02108
                                          (617) 727-2200
                                          BBO No. 561669

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached documents was served upon Filbert Nelson, pro se, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056, by first class mail, postage pre-paid, on April 15, 2004.

                                          s/ Susanne G. Reardon
                                          Susanne G. Reardon
                                          Assistant Attorney General