UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10316-JLT

FILBERT NELSON

Petitioner

v.

LUIS SPENCER

Respondent

ORDER

April 16, 2004

COHEN, M.J.

In his Answer (# 09), under the heading of **Defenses**, respondent contends that the petitioner has not exhausted his available state remedies. To that extent, respondent shall file a motion to dismiss[1] and memorandum in support thereof on or before the close of business, Friday, May 21, 2004, and petitioner shall file a response thereto on or before the close of business, Friday, June 18, 2004.

Petitioner's Motion for Appointment of Counsel (# 07) is denied.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] That filing will be without prejudice to oppose the petition on other grounds if the motion to dismiss is denied.