UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILBERT NELSON,
    Petitioner,

v.                             Civil Action No. 04-10316-JLT

LUIS SPENCER,
    Respondent.

PETITIONER'S OPPOSITION TO RESPONDENT'S
MOTION TO DISMISS

Now comes the petitioner, Filbert Nelson, respectfully moves this Honorable Court to denied the respondent's motion to dismiss. Petitioner asserts that he has indeed raised his claims before the highest Court in the State of Massachusetts accordingly for these reasons outlined in the attached memorandum, petitioner states that his petition for habeas corpus is properly before this Court.

Respectfully submitted,

Dated: May 24, 2004

Filbert Nelson, pro-se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I hereby state that I have mailed a copy of the foregoing upon the Assistant Attorney General Susanne G. Reardon at One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid on this 24th day of May, 2004.

Dated:

Filbert Nelson, pro-se