UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILBERT NELSON,
    Petitioner,

v.                             Civil Action No. 04-10316-JLT

LUIS SPENCER,
    Respondent.

PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW
PETITION FOR HABEAS CORPUS TO AMEND

Now comes the petitioner in the above-entitled motion requesting permission to withdraw his petition for writ of habeas corpus so that he may be allowed to AMEND, said petition.

Petitioner asserts that this will allow him to withdraw the claims that were not properly exhausted and give him fair opportunity to exhaust the claims that are properly raised. Petitioner is requesting ten (10) days from the filing of this motion to properly file his Amended Petition.

WHEREFORE, the petitioner prays that this Honorable Court will allow the filing of the AMENDED PETITION FOR WRIT OF HABEAS CORPUS.

Respectfully submitted,

Dated: May 24, 2004

Filbert Nelson, pro-se
P.O. Box 43
Norfolk, MA 02056