UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILBERT NELSON,
    Petitioner,

v.                         CIVIL ACTION No. 04-10316-JLT

LUIS SPENCER,
    Respondent.

MOTION TO AMEND

Now comes Filbert Nelson, petitioner, respectfully request permission to Amend his Petition for Writ of Habeas Corpus, to include the consolidation of both grounds submitted to the Supreme Judicial Court, including the grounds raised in his motion for new trial.

WHEREFORE, Petitioner prays that this honorable Court allows him to amend his petition for writ of habeas corpus to reflect all grounds properly raised in the Massachusetts highest Court, the Supreme Judicial Court.

Respectfully submitted,

Dated: May 24, 2004

Filbert Nelson, pro-se
P.O. Box 43
Norfolk, MA 02056

CERTIFICATE OF SERVICE

I hereby state that the foregoing motion has been served upon the AAG Susanne G. Reardon at One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid on this 24th day of May, 2004.

Dated:

                                                Filbert Nelson, pro-se
P.O. Box 43
Norfolk, MA 02056