UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10316-JLT

FILBERT NELSON

Petitioner

v.

LUIS SPENCER

Respondent

PROCEDURAL ORDER

May 27, 2004

COHEN, M.J.

In this case, respondent has moved to dismiss the petition for a writ of habeas corpus on the grounds that all claims raised were not fairly presented to the state courts.  In response thereto, petitioner has filed a motion to withdraw his petition (# 16) and a motion to amend (# 17), all of which this court will treat as a motion to amend the petition.

So treated, however, amendment of the petition as reflected in the motion to amend (# 17) will not be allowed.  In that motion to amend, petitioner simply says that he wishes to amend his petition ì...to include the consolidation of both grounds submitted to the Massachusetts Supreme Judicial Court, including the grounds raised in his motion for a new trial...î, and to ì..amend his petition to reflect all grounds properly raised in he Massachusetts highest court, the Supreme Judicial Court.î  It is

for petitioner, not this court, to state specifically those grounds for which he seeks review in this court. That is particularly so when any amendment which eliminates grounds previously raised might foreclose federal habeas review of those eliminated grounds at a later time on account of the second and successive petitions doctrine. See 28 U.S.C. ß 2244(b)(2).

    Accordingly, the motion to withdraw (# 16) and the motion to amend (# 17) are denied without prejudice. Petitioner may file another motion to amend which specifically sets forth each and every ground of relief on which petitioner seeks review. That new motion to amend shall be filed on or before the close of business, Friday, June 25, 2004. If it is not so filed, this court will recommend the dismissal of the petition for a writ of habeas corpus for want of prosecution.

_____
UNITED STATES MAGISTRATE JUDGE