UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No. 04-10316-JLT

FILBERT NELSON,
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

### MOTION TO WITHDRAW PETITIONER'S MOTIONS RECENTLY FILED

Now comes the petitioner, Filbert Nelson, respectfully moves this Honorable Court to withdraw Petitioner's opposition to Respondent's Motion to Dismiss; Petitioner's motion to voluntarily withdraw petition for habeas corpus to amend; and petitioner's motion to amend.

Petitioner states that he is incompetent to represent himself due to the complication of the rules and laws, and therefore was misguided when file said motions

Wherefore, petitioner respectfully request that this Honorable Court grant this motion, and allow his motion for enlargement of time.

Respectfully Submitted

_____
Filbert Nelson, pro se
MCI-NORFOLK
P.O. Box 43
Norfolk, MA 02056

Dated: May 26, 2004