UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

FILBERT NELSON,  :
    PETITIONER  :
                :
V.              :
                :
LUIS SPENCER,  :
    RESPONDENT  :NO# 04-10316 JLT

### PETITIONERS MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Filbert Nelson, acting pro se in the above-entitled matter and hereby moves this Honorable Court to enlarge the time limit to file his motion in opposition to respondents motion to dismiss for failure to exhaust state court remedies up to and including July 8th, 2004.

In support therefor, the petitioner states that he will need this time to respond to the respondents motion to dismiss to check the case cites, and to research the respondents case law, and to intelligently and adequately respond to the respondents motion and the petitioner has limited access to the institutional law library due to the librarains numerous absentism.

WHEREFORE, the petitioner respectfully requests that this Honorable Court grant his motion to enlarge the time to file his response up to and including July 8th, 2004.

                                     Respectfully Submitted
                                       By The Petitioner

                                       Filbert Nelson    pro se
                                       MCI Norfolk
                                       P.O.Box 43
                                       Norfolk, Mass. 02056

Date May 26th, 2004.