UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

FILBERT NELSON,
    PETITIONER

V.

LUIS SPENCER,
    RESPONDENT : NO# 04-10316-JLT

## PETITIONERS MOTION TO WAIVE REQUIREMENT OF LOCAL RULE 7.1(A)(2)

Petitioner Filbert Nelson, acting pro se hereby moves this Honorable Court that he be permitted to file his motion for enlargement of time and any future motions without petitioner first conferring with respondents counsel, as local rule 7.1(A)(2) requires. In support thereof, petitioner states as follows:

1. Petitioner is a state prisoner currently incarcerated at a Massachusetts Correctional Institution and is proceeding in this action pro se rendering pre-filing conferences in-practicable; and

2. There is no way that petitioner and respondent's counsel can communicate with each other and that petitioner would not consent to the substance of their motions, since its allowance would prejudicially dispose of this entire action and it would be unrealistic for the petitioner to narrow the scope of this litigation.

WHEREFORE, for these reasons, the petitioner respectfully requests that he be granted leave to dispense with the pre filing conference required by local rule 7.1(A)(2), and that he be permitted to file his motion(s) to enlarge and any future and further motions associated throughout this action without first

Motion Page Two

conferring with petitioner and counsel for the respondents.

                                         Respectfully Submitted
                                         By The Petitioner

                                         Filbert Nelson    pro se
                                           MCI Norfolk
                                           P.O.Box 43
                                           Norfolk, Mass. 02056

Date: May 26th, 2004

CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of my motion to enlarge time has been served upon the defendant and/or his attorney of record Ms. Susanne Reardon, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to her address located at the office of the Attorney General, One Ashburton Place, Boston, Massachusetts on this date.

Dated: May 26th, 2004

Filbert Nelson