

Filbert Nelson
MCI Norfolk
P.O. Box 43
Norfolk, Mass. 02056

June 18th, 2004

Tony Anastas
Clerk
United States District Court
One Courthouse Way
Suite 2300
Boston, Mass. 02210

RE: Filbert Nelson v. Luis Spencer
    No. 04-10316-JLT

Dear Mr. Anastas,

    In accordance to the judges order dated May 27th, 2004. Enclosed please find for filing and forward same to the judge. Petitioners amended petition for a Writ of Habeas Courpus pursuant to 28 U.S.C. §2254 and certificate of service. Kindly bring his petition to the attention of this court. Thank you for your time and attention in this very important matter.

                                                           Sincerely,

                                                           Filbert Nelson

cc: Susanne Reardon, A.A.G.
    File

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Filbert Nelson

## DEFENDANTS
Luis Spencer, Superintendent

2004 JUN 23 P 1:2
U.S. DISTRICT COURT
DISTRICT OF MASS.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Norfolk__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract |  / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
|  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
|  |  | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☒ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land |  / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Petition for Habeas Corpus

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: June 18, 2004

SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) _____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
              *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ✓ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

    None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
    YES     (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
    YES     (NO)

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
    YES     (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
    YES     (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
    (YES)   NO

    A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
        (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

    B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
        EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(Cover sheet local.wpd - 11/27/00)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

| United States District Court | District |
|---|---|

| Name | Filbert Nelson | Prisoner No. W62821 | Case No. SUCR96-11060 |
|---|---|---|---|

Place of Confinement: Massachusetts Correctional Institution
2 Clark Street, P.O. Box 43
Norfolk, MA 02056

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Filbert Nelson | v. Luis Spencer |

The Attorney General of the State of: Massachusetts

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  <u>Suffolk Superior Court</u> <u>Boston, MA</u>

2. Date of judgment of conviction  <u>June 10, 1997</u>

3. Length of sentence  <u>18-20, Fifteen Mandatory.</u>

4. Nature of offense involved (all counts)  <u>Trafficking Cocaine over 200 grams, and Unlawful Possession of a Firearm.</u>

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Massachusetts Appeals Court__

   (b) Result __Affirmed in an Unpublished Decision Rule 1:28__

   (c) Date of result and citation, if known __June 4, 2001; 51 Mass.App.Ct.1112__

   (d) Grounds raised __Counsel refusal to allow defendant to testify on his own behalf; the defendant's Involuntary and Unknowing waived his right to testify; the judge committed error by denying the defendant's request to discharged counsel, and the defendant's Motion to Suppress.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Massachusetts Supreme Judicial Court__

   (2) Result __Denied__

   (3) Date of result and citation, if known __July 30, 2001__

   (4) Grounds raised __The defendant was deprived of Effective Assistance of Counsel since trial counsel refused to allow the defendant to testify on his own behalf; trial judge committed reversible error by not granting defendant a brief continuance to obtain new counsel.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __None__

   (2) Result __None__

   (3) Date of result and citation, if known __None__

   (4) Grounds raised __None__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Boston Suffolk Superior Court__

    (2) Nature of proceeding __Pro-se Motion for a New Trial with Memorandum of law and Affidavit.__

    (3) Grounds raised __The defendant was deprived his right to the Effective Assistance of Counsel as a result of counsel's failure to allow__

(3)

AO 241 (Rev. 5/85)

the defendant to testify in his own behalf when defendant had expressed his desire to do so; the judge erred in denying defendant's Oral Motion to discharge counsel and for a brief continuance when defendant had informed the court that counsel was not presenting a proper defense in his behalf.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result ___Denied___

(6) Date of result ___August 9, 1999.___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___Boston Suffolk Superior Court___

(2) Nature of proceeding ___2nd Motion for a New Trial and Evidentiary Hearing with Memorandum of law along with Four Affidavits.___

(3) Grounds raised ___Ineffective Assistance of Trial and Appellate Counsels; Unlawful Arrest; Unlawful Search of Residence; Missing Witness Instruction, and Failure to conduct an Adequate Investigation.___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐  No ☒

(5) Result ___Denied___

(6) Date of result ___July 31, 2002___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☒   No ☐
(2) Second petition, etc.   Yes ☒   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
   Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Conviction obtained by use of evidence obtained pursuant to an unlawful arrest in violation of Mr. Nelson's 4th, Amendment rights.

Supporting FACTS (state *briefly* without citing cases or law) Mr. Nelson's arrest was based on allegations made by an informant unknown to the Boston Police, whose veracity had never been tested or proved, and was under arrest for drug distribution. The police arrested Mr. Nelson without probable cause, and no corroborating information of criminal activity. The arresting officer testified that he didn't know for an actual certainty that "Nelson" had drugs at the time he made the arrest. The police did

B. Ground two: Ineffective Assistane of counsel has not been waived. In violation of his 4th, 6th, and 14th Amendment Right to the United States Constitution.

Supporting FACTS (state *briefly* without citing cases or law) Contrary to the ruling of the Appeals Court and the position of the Commonwealth, the claim of ineffective Assistance of counsel has not been waived. The petitioner should have been entitled to present these arguments to the trial court. The defendant had directly requested that appellate counsel raise the issue of trial counsel's abject failure to call Lt. Cunningham to testify at trial. Counsel's failure to raise this issue on Appeal, despite the defendants request that he do so, constitutes cause and

(5)

GROUND ONE-CONTINUE:
  SUPPORTING FACTS:

not possess the requisite for probable cause when they arrested the petitioner. The police alleged that an informant had given sufficiently detailed information to form the basis of the petitioners arrest. In this case, there was merely an allegation, without any corresponding corroboration whatsoever, that the informant contacted the petitioner was to arrange for a drug transaction. In this instant case, probable cause to arrest the petitioner was completely lacking and insufficient. The instant case involves no independent information to indicate that petitioner had committed, was committing, or was about to commit a crime, which are the prerequisites necessary to make a warrantless arrest.


GROUND TWO-CONTINUE:
  SUPPORTING FACTS:

PREJUDICE FOR ANY RESULTING "procedural default" under state law. The fact that the defendant raised the issue of ineffective assistance of appellate counsel for the first time in has second motion for a new trial, should not preclude those issues for review.

(5a)

AO 241 (Rev. 5/85)

C. Ground three: <u>The Trial Judge abused his discretion by denying the petitioner's motion for a new trial without a hearing.</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>Rule 30(c)(3) of the Massachusetts Rules of Criminal Procedure provides that a motion for a new trial may be decided on the basis of the facts alleged in the affidavits without further hearing if no substantial issue is raised by the motion or affidavit. In the instant matter, Mr. Nelson filed his motion for a new trial along with four affidavits alleging that he received ineffective assistance of both trial counsel and appellate</u>

D. Ground four: <u>Petitioners Constitutional right was violated for the refusal to allow defendant the right to testify in his own behalf.</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>It has been held that a defendant is denied his constitutional right to effective assistance of counsel by the counsel's failure to allow him to testify. In the instant case, the defendant consistently and repeatedly informed trial counsel of his desire to testify, thereby violating his rights as guaranteed by the Sixth and Fourteenth Amendment to the United States Constitution. In fact counsel informed the defendant that he</u>

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing  <u>John Moscardelli</u>
    <u>8 Winter Street- Boston, Mass 02108</u>

    (b) At arraignment and plea  <u>John Moscardelli</u>
    <u>same address</u>

(6)

GROUND THREE-CONTINUE:
 SUPPORTING FACTS:

counsel. The trial judge abused his discretion in declining to hold a hearing, and by summarily denying the motion, relying on his opinion of what witnesses would have said had they been called on to testify. Appellate counsel's affidavit specifically states that the petitioner informed him on a number of occasions, that he should include specific argument concerning ineffective assistance of both motion counsel and trial counsel for their failure to properly present exculpatory evidence of the warrantless search and seizure.


GROUND FOUR-CONTINUED:
 SUPPORTING FACTS:

will withdraw if the defendant insisted upon testifying. It has been held that a defendant is denied his constitutional right to effective assistance of counsel by trial counsel's failure to allow the defendant to testify if he so desire. Trial counsel, by threatening the defendant, failed to pursue a legitimate defense, and fell below the level of competency expected of that of a fallible attorney. As such defendant's counsel was deficient.

(6a)

Case 1:04-cv-10316-JLT   Document 22   Filed 06/23/2004   Page 11 of 13

AO 241 (Rev. 5/85)

(c) At trial  Christopher P. Belezos

100 Weymouth Street, Unit B2 Rockland, MA 02370

(d) At sentencing  Christopher P. Belezos

(e) On appeal  McBride & Associates, William A. Korman was assigned

585 Commercial Street Boston, MA 02109

(f) In any post-conviction proceeding  William A. Korman

(g) On appeal from any adverse ruling in a post-conviction proceeding  William A. Korman

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:  None

(b) Give date and length of the above sentence:  None

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

June 18th, 2004
(date)

_____
Signature of Petitioner

(7)

CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of my amended petition for Writ of Habeas Corpus has been served upon the defendant and/or his attorny of Record Ms. Susanne Reardon, Asistant Attorney General for the Commonwealth of Massachusetts, by mailing same postage pre-paid first class mail to her address located at The Office of the Attorney General, One Ashburton Place, Boston, Massachusetts 02108 on this date.

Dated: June 18th, 2004

_____
Filbert Nelson



Filbert Nelson
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

June 21, 2004

Mr Antony Anastas
Clerk
United States District Court
ONE Courthouse Way
Boston, Mass 02210

RE: <u>Filbert Nelson v. Luis Spencer</u>
    No. 04-10316-JLT

Dear Mr. Anastas:

   Please provide me with a copy of the docket entry sheet in the instant matter.

   Thank for your time and kind attention to this matter.

                                        Very truly your,

                                        Filbert Nelson, pro-se

cc: File