UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10316-JLT

FILBERT NELSON

Petitioner

v.

LUIS SPENCER

Respondent

PROCEDURAL ORDER

July 8, 2004

COHEN, M.J.

   To the extent that the Amended Petition filed June 23, 2004, presents matters warranting additional defenses warranting the allowance of a motion to dismiss, in whole or in part, the respondent shall file a renewed motion to dismiss with supporting memorandum on or before Friday, July 30, 2004.

_____
UNITED STATES MAGISTRATE JUDGE