## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
FILBERT NELSON,                          )
     Petitioner,                        )
                          )
v.                                       )          Civil Action No. 04-10316-JLT
                          )
LUIS SPENCER,                            )
     Respondent.                        )
_____)

## RESPONDENT'S MOTION TO DISMISS IN PART FOR FAILURE
## TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

The respondent, through counsel, moves to dismiss the petitioner's amended petition seeking a writ of habeas corpus for failing to state a claim upon which relief can be granted. In support of his motion, the respondent states that two of the petitioner's claims are not cognizable on habeas review.  Ground one presents a Fourth Amendment claim, which is barred by *Stone v. Powell*, 428 U. S. 465 (1976), and ground three presents a question of state law, which is not cognizable on habeas review.

In support of this motion, the respondent relies upon a memorandum of law and an Answer and Supplemental Answer filed previously with this Court.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s Susanne G. Reardon
Susanne G. Reardon, BBO No. 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
Dated: July 30, 2004                     (617) 727-2200 ext. 2832

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached documents was served upon petitioner, Filbert Nelson, pro se, 2 Clark Street, P.O. Box 43, Norfolk, MA 02056 by first class mail, postage pre-paid, on July 30, 2004.

/s Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General

2