UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION

FILBERT NELSON,            :
    PETITIONER      :
                           :
V.                         :
                           :
LUIS SPENCER,              :
    RESPONDENT      :  NO. 04-10316-JLT

### PETITIONERS MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Filbert Nelson, acting pro se in the above-entitled matter and hereby moves this Honorable Court to enlarge the time limit to file his motion in opposition to respondents motion to dismiss up to and including September 14th, 2004.

In support therefore the petitioner states that he just received the respondents motion to dismiss on August 3rd, 2004, and that he will need this time to respond to the respondants motion to check the case cites, and research the respondents case law, to intelligently and adequately respond to the respondents motion to dismiss. The petitioner is a state prisoner proceeding pro se, who is unlearned, unversed and uneducated in the law, and is an indigent person that cannot afford competent counsel. He has limited access to the institutional law library due to his level 4 prisoner status.

WHEREFORE, the petitioner respectfully requests that this Honorable Court grant his motion to enlarge time to

(2)

file his response up to and including September 14th, 2004.

                                                Respectfully Submitted  
                                                By The Petitioner

                                                Filbert Nelson    pro se  
                                                MCI Norfolk  
                                                P.O.Box 43  
                                                Norfolk, Mass. 02056

Date: August 3rd, 2004

CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of my motion to enlarge time has been served upon the respondent and/or his attorney of record Ms. Susanne Reardon, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to her address located at the Office of The Attorney General, One Ashburton Place, Boston, Massachusetts 02108 on this date.

Dated: August      ,2004                    _____
                                             Filbert Nelson