UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| FILBERT NELSON, | ) | | CIVIL ACTION |
| PETITIONER | ) | | |
| | ) | | |
| V. | ) | | |
| | ) | | |
| LUIS SPENCER, | ) | | |
| RESPONDENT | ) | | |
| | ) NO. 04-10316-JLT | | |

MOTION IN OPPOSITION TO RESPONDENTS
MOTION TO DISMISS IN PART

Now comes the petitioner Filbert Nelson, acting pro-se in the above-entitled matter and hereby moves this Honorable Court to deny the respondents motion to dismiss in part, as the respondents motion fails to prove its burden that the petitioner was afforded a full and fair opportunity to litigate his 4th Amendment claims at the state court level, and their motion is devoid of sufficient facts to support their motion to dismiss. In support of this motion the petitioner files his memorandum of law hereto.

Respectfully Submitted,
By The Petitioner,

Filbert Nelson, pro-se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

Dated: September 10, 2004.