Filbert Nelson
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056

September, 14, 2004

Mr. Tony Anastas, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

RE: <u>Filbert Nelson v. Luis Spencer</u>
    No. 04-10316-JLT

Dear Mr. Anastas:

Enclosed, please find and file page (7) to my memorandum of law recently forward for filing. The other page seven should be **removed** and replace with the new page (7) because of errors in the third paragraph.

Thank for your time and kind attention to this very important matter.

Sincerely,

Filbert Nelson, pro-se

cc: Susanne Reardon, Counsel
    File

The Fourth Amendment States:

"The right of the people to be secure in their person, house, paper, and effects, against unreasonable searches and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly described/describing the place to be searched, and the person or things to be seized."

The Federal Habeas Corpus Statue allow challenges to state convictions and sentences insofar as they violate "treaties of the United States and Constitutional Violations. Bread v. Greene, 118 S.Ct. 1352, 1355 (1998)(per curiam); Liu v. United States, 117 S.Ct. 1491 (1997); Herrmann v. Meese, 849 F.2d 101, 102-03 (3rd Cir.), cert denied, 488 U.S. 867 (1988); and Emami v. United States District Court, 834 F.2d 1444, 1449 (9th Cir. 1987). Even Federal Common Law may form the basis for a challenge to a federal or state prisoner's custody in certain circumstances.

In Stone v. Powell, 428 U.S. 465 (1976), the Supreme Court held that one important federal common law or "prophylactic" rule-the Fourth Amendment Exclusionary Rule-does not qualify under either of these rubrics and accordingly is not reviewable in habeas corpus cases unless its violation is compounded by the state's denial of the petitioner of the opportunity for a "full and fair consideration" of the violation in the state court. Id at 486 (prophylactic right created by Mapp v. Ohio, 367 U.S. 643 (1961), to exclude illegally seized evidence at trial is not enforceable in habeas corpus if state provides full and fair remedy for Fourth Amendment exclusionary rule violations). As in this case now before review, the state failed to give the petitioner a full and fair consideration to the validity of the

(7)