UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10316-JLT

FILBERT NELSON

Petitioner

v.

LUIS SPENCER

Respondent

## REPORT AND RECOMMENDATION

January 19, 2005

COHEN, M.J.

In opposition to Respondent's Motion to Dismiss in Part for Failure to State a Claim upon which Relief can be Granted (# 24), petitioner has filed his own Motion for Order denying the Respondent's motion to dismiss (# 27).  For the reasons set forth in this court's report and recommendation entered this date with respect to Respondent's Motion to Dismiss in Part for Failure to State a Claim upon which Relief can be Granted (# 24), this court recommends that the district judge to whom this case is assigned deny petitioner's Motion for Order denying the Respondent's motion to dismiss (# 27).

_____
UNITED STATES MAGISTRATE JUDGE