UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-10316-JLT

FILBERT NELSON

Petitioner

v.

LUIS SPENCER

Respondent

ORDER

January 19, 2005

COHEN, M.J.

    This court having recommended contemporaneously herewith that the district judge to whom this case is assigned allow respondent's motion to dismiss Grounds One and Three of the amended petition for a writ of habeas corpus, petitioner shall file a memorandum addressing the merits of Grounds Two and Four on or before Friday, February 18, 2005, and respondent shall file a memorandum of law addressing the merits of Grounds Two and Four on or before Friday, March 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE