FILED
IN CLERKS OFFICE
2005 JAN 28 P 1:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        No. 04-10316-JLT

FILBERT NELSON,      )
     Petitioner,     )
                     )
     v.              )
                     )
LUIS SPENCER,        )
     Respondent.     )

PETITIONERS MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Filbert Nelson, acting pro-se in the above-entitled matter, and hereby moves this Honorable Court to enlarge the time limit to file the appropriate response to the dismissal of Grounds One and Three of his petition up to and including February 11, 2005.

In support therefore, the petitioner states that he received the Report and Recommendation on January 22, 2005, and because of the closing of the law library for three (3) days due to the weather, petitioner will need this time to research case law and respond adequately.

Wherefore, the petitioner respectfully requests that this Honorable Court grant his motion to enlarge the time to file his response up to and including February 11, 2005.

-2-

                                      Respectfully Submitted,
                                      By The Petitioner

Dated: <u>27th, January</u> 2005.

                                      Filbert Nelson, pro-se
                                      MCI-Norfolk
                                      P.O. Box 43
                                      Norfolk, MA 02056

CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of my motion to enlarge time has been served upon the respondent and/or his attorney of record Ms. Susanne Reardon, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to her address located at the Office of the Attorney General, One Ashburton Place Boston, MA 02108 on this 27th, day of January 2005.

_____
Filbert Nelson