## RECORDS OF APPENDIX

Filbert Nelson's Affidavit.......................... 1—12

Wellesley Police Lt. Cunninganm's Report........... 13—14

Appellate Counsel Korman's Affidavit............... 15—16

Filbert Nelson Addresses The Trial Judge........... 17—21

Search Warrant for 5050 Washington Street.......... 22—A

Trial Counsel Mr. Belezos Seek New Counsel......... 23

Trial Counsel's Letter To Mr. Nelson............... 24—26

Motion To Sever and Affidavit...................... 26—30

Detective Eversley's Reasons To Arrest Nelson...... 31

Appellate Counsel Korman's Letter.................. 32—33

Mr. Nelson's Letter To Korman...................... 34—35