UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

FILBERT NELSON,        :
    Petitioner :
                :
    v.     :
                :
LUIS  SPENCER,         :
    Respondent :

### PETITIONERS REQUEST FOR A CERTIFICATE OF APPEALABILITY

Pursuant to FED.R.APP.P.RULE 22(b), First Circuit Interim Loc.R. 22.1(b), and 28 U.S.C. § 2253 (c), the petitioner in the above-entitled case, having filed a timely notice of appeal from this court's order of February 22nd, 2005, denying his petition for a writ of habeas corpus as to grounds one and three, hereby requests that this court grant a certificate of appealability with respect to the following issues:

    1. Whether the trial judge's error in denying the petitioners motion to suppress certain evidence seized upon his arrest and without probable cause as claimed in ground one, and that the search warrant were invalid and incomplete prior to their execution;

    2. Whether the trial judge's error in denying the petitioners first motion for a new trial created a substantial risk of a likelihood of a miscarriage of justice,

-2-

and was deprived of a fair trial.

This courts "order" denying the petition adopted the analysis of the "findings and recommendations" of the Magistrate Judge; those "findings and recommendations" responded directly to the argument in the petitioner's previous filing. The order also referred to the petitioners "objections" to the "finding and recommendations." The order also override the Magistrates order by denying said order and allowing motion to dismiss as to grounds one and three. Thus the petitioner relies on his memorandum in support of his petition and his objections to the Magistrates findings as making his "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

                                            Respectfully Submitted
                                            By The Petitioner

                                            Filbert Nelson, pro-se
                                            MCI-Norfolk
                                            P.O. Box 43
Dated: 24th, March 2005.             Norfolk, Mass. 02056

CERTIFICATE OF SERVICE

I, Filbert Nelson hereby certify under the pains and penalties of perjury that a true copy of my notice of appeal and certificate of appealability as been served upon the respondents attorney of record Ms. Susanne Reardon, Criminal Bureau, by mailing same postage prepaid first class mail to her address at the Office of The Attorney General, Criminal Bureau, One Ashburton Place, Boston, Mass 02108 on this 24th, day of March 2005.

                                                Filbert Nelson, pro-se