UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

FILBERT NELSON,
    Petitioner/Appellant

v.

LUIS SPENCER,
    Respondent/Appellee

<u>NOTICE OF APPEAL</u>

Now comes the Petitioner Filbert Nelson, in the above-entitled case and hereby notes his appeal to the United States Court of Appeals for the First Circuit from this courts order of February 22nd, 2005 denying the petitioners petition for a Writ of Habeas Corpus as to Grounds One and Three.

                                Respectfully Submitted
                                By The Petitioner

                                Filbert Nelson, pro-se
                                MCI-Norfolk
                                P.O. Box 43
Dated: 24th, March 2005.        Norfolk, Mass. 02056

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Abaid, Kim entered on 2/22/2005 at 11:45 AM EST and filed on 2/17/2005

Case Name:       Nelson v. Spencer
Case Number:     1:04-cv-10316
Filer:
Document Number:

Docket Text:
Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for [27] Motion for Order and [24] Motion to Dismiss filed by Luis Spencer, Action on motion: [27] Motion for Order is DENIED. [24] Motion to Dismiss is ALLOWED. (Abaid, Kim)

The following document(s) are associated with this transaction:

1:04-cv-10316 Notice will be electronically mailed to:

Susanne G. Reardon    susanne.reardon@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

1:04-cv-10316 Notice will not be electronically mailed to:

Filbert Nelson
MCI Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056