# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 05-1607

FILBERT NELSON,

Petitioner, Appellant,

v.

LUIS SPENCER,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: June 16, 2005

Appellant's motion to stay appellate proceedings is denied, and the appeal is dismissed as premature. Appellant must wait until all claims have been adjudicated before appealing.

Dismissed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUL 07 2005

By the Court:

Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
     Chief Deputy Clerk.

[cc: Mr. Nelson and Ms. Reardon]