UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

FILBERT NELSON,  :
    Petitioner,  :
                  :
    v.           :
                  :
LUIS SPENCER,  :
    Respondent.  :

## MOTION TO STAY PROCEEDINGS OF WRIT OF HABEAS CORPUS

Now comes the petitioner Filbert Nelson, acting pro-se in the above-entitled matter and hereby moves this Honorable Court pursuant to FED.R.CIV.P.RULE 62, to stay the proceedings of the currently filed writ of habeas corpus. As grounds therefore the petitioner states that a recent ruling in Crawford v. Washington, 124 S.Ct. 1354 (2004) raises new issues that petitioner wishes to address as well as Newly Discovered Evidence in another Rule 30 Motion for a New Trial, giving the state one more chance to correct the miscarriage of justice which occurred at his trial. The Respondents will not be prejudiced by this request.

WHEREFORE, The petitioner respectfully requests that this Honorable Court stay the proceedings of his Writ of Habeas Corpus until further notification by the petitioner as a matter of law.

Page 2.
Civil Action
No. 04-10316-JLT

Respectfully Submitted,
By The Petitioner,

Filbert Nelson, pro-se
MCI-Norfolk
P.O. Box 43
Norfolk, Mass. 02056

Dated: August 29, 2005.

CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of this document has been served upon the respondent and/or his attorney of record Ms. Susanne G. Reardon, Assistant Attorney General, Criminal Bureau, by mailing same postage prepaid first class mail to his address located at the Office of The Attorney General, One Ashburton Place, Boston, Mass. 02108 on this 29th date of August, 2005.

Filbert Nelson