```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        No. 04-10316-JLT


FILBERT NELSON,    )
     Petitioner,   )
                   )
     v.            )
                   )
LUIS SPENCER,      )
     Respondent.   )
```

### AFFIDAVIT OF FILBERT NELSON IN SUPPORT OF MOTION TO STAY PROCEEDINGS

I, Filbert Nelson, being duly sworn, do hereby depose and state the following:

1. I am the petitioner in the above-entitled matter.

2. I am presently incarcerated and is acting pro-se in the instant matter.

3. Prior to my suppression hearing and trials, my attorneys did absolutely no investigation with regard to my case.

4. After my arrest and prior to trial one year later, had not seen a search warrant despite my many request to my attorneys.

5. Prior to trial, I informed the trial judge that I have not seen a search warrant.

6. The judge on the record, informed the Commonwealth to give me a copy of the search warrant.

-2-

7.  After reviewing the alleged copy of the search warrant, I immediately informed the trial judge that the document I now receive is not a search warrant, but rather an inventory of the search warrant.

8.  After all my appeals were affirmed, I started to research case law on search warrant in 2003.

9.  In 2004, while in the process filing my Federal Habeas Corpus petition, and with the assistant of a private investigator, he discovered that the search warrant docket numbers handwritten on the warrant for my case on June 18, 1996, were also the same numbers used on a prior search warrant on June 6, 1996, by the same three officers, which was twelve days earlier.

10. The investigation also shows that search warrants numbers runs in sequent, and sometime often issue more than once in any given day.

11. As such, it's unlikely that the same officers or any other officers could have receive the same numbers on any given day.

Signed under the pains and penalties of perjury this 29th day of August 2005.

Respectfully Submitted

Filbert Nelson, pro-se
MCI-Norfolk
P.O. Box 43
Norfolk, MA 02056