UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

--------------------
FILBERT NELSON,          )
                         )
          Petitioner,    )
                         )
                         )
     v.                  )
                         )
                         )
LUIS SPENCER,            )
                         )
          Respondent.    )
--------------------

## PETITIONERS MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Filbert Nelson, acting
pro-se in the above-entitled matter, and pursuant to FED.
R.Civ.P. Rule 6 (b), hereby moves this Honorable Court to
enlarge the time limit to file the appropriate response to
the United States Magistrate Judge's Report and
Recommendation denying Grounds Two and Four of his petition
up to and including January 13, 2006.

In support therefore, the petitioner states that
the decision denying grounds 2 and 4 was filed on 11/10/05,
and a copy of the decision was mailed certified to the
petitioner on 11/14/05 according to the postmarked date, as
such, petitioner received a copy of the decision on 11/17/05.

-2-

Petitioner was unable to forward a copy of the envelop for exhibit due to the constant absentee of the librarian and the limited access to the institutional law library.  Also, with the legal holidays now pending, petitioner will need this time to research case law and respond adequately.

WHEREFORE, the petitioner respectfully requests that this Honorable Court grant his Motion to Enlarge the time to file his response.

Respectfully submitted,
By The Petitioner,

Dated: November 21, 2005.

Filbert Nelson, pro-se
MCI-Norfolk
P.O. Box 43
Norfolk, Mass. 02056