UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

---------------------
FILBERT NELSON,        )
        Petitioner,    )
                       )
        v.             )
                       )
LUIS SPENCER,          )
        Respondent.    )
---------------------

## PETITIONER'S AFFIDAVIT IN SUPPORT
## OF MOTION FOR ENLARGEMENT OF TIME

I, Filbert Nelson, being duly sworn, do hereby depose and say the following under the pains and penalties of perjury:

1.   I am currently incarcerated and is an indigent person that cannot afford counsel;

2.   I am acting pro-se and without full knowledge of the law to represent myself adequately;

3.   On November 17, 2005, I received a copy of the Magistrate Judge's Report and Recommendation;

4.   Due to the constant absentee of the librarian, I am unable to research and prepared a response within the ten days period set forth to respond to the Magistrate Judge's decision, and will need the time requested to file my response as states in my motion for enlargement of time.

-2-

Sworn and subscribed on this <u>21st</u> day of <u>November</u> 2005.

Filbert Nelson, pro-se
MCI-Norfolk
P.O. Box 43
Norfolk, Mass 02056

## CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify under the pains and penalties of perjury that a true copy of this Motion for Enlargement of Time and Affidavit has been served upon the Assistance Attorney General Ms. Susanne Reardon, by mailing same postage prepaid first class mail to her usual place of business, One Ashburton Place, Boston, MA 02109.

Dated:  November 21, 2005

Filbert Nelson, pro-se