UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FILBERT NELSON                    *
                                  *
            Petitioner,           *
                                  *     Civil Action No. 04-10316-JLT
      v.                          *
                                  *
                                  *
LUIS SPENCER,                     *
                                  *
            Respondent.           *

ORDER

December 5, 2005


TAURO, J.

    This Court hereby orders that:

1.    Petitioner's Motion for Enlargement of Time [#49] is ALLOWED.

2.    Petitioner has until January 6, 2006 to file his Opposition to Report and Recommendation on Grounds Two and Four of Amended Petition for Writ of Habeas Corpus [#22].

    IT IS SO ORDERED.


    /s/ Joseph L. Tauro
    United States District Judge