UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Filbert Nelson** <br> **Petitioner** <br><br> V. <br><br> **Luis Spencer** <br> **Respondent** | **CIVIL ACTION** <br><br> NO.  04-cv-10316 JLT |

## JUDGMENT

**Tauro,   D. J.**

In accordance with the Court's Endorsement dated January 15, 2006, adopting the Magistrate Judge's Report and Recommendation of November 10, 2005, denying Grounds Two and Four of the Amended Petition for Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondent.

By the Court,

January 17, 2006                                       /s/ Kimberly M. Abaid
Date                                                          Deputy Clerk

(R&R Judgment.wpd - 12/98)