UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-10316-JLT

FILBERT NELSON,
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

## NOTICE OF APPEAL

Now comes the Petitioner, Filbert Nelson, acting pro se in the above-entitled case, and hereby notes his appeal to the United States Court of Appeals for the First Circuit from this Courts order of February 22, 2005, denying the Petitioner's petition for Writ of Habeas Corpus as to Grounds One and Three. Also, following the Magistrate Judge's Report and Recommendation, filed November 10, 2005, denying Grounds Two and Four, the Petitioner filed a motion to Voluntarily Withdraw Grounds Two and Four without Prejudice for Want of this Court's Jurisdiction. Subsequently the District Court Judge adopted the analysis of the "finding and recommendation" of the Magistrate Judge on January 17, 2006.

Respectfully Submitted,

Filbert Nelson, pro se
P.O. Box 43
Norfolk, Mass. 02056

Dated: February 8, 2006.