# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10316

Filbert Nelson

v.

Luis Spencer

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 14, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/14/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10316-JLT

Nelson v. Spencer
Assigned to: Judge Joseph L. Tauro
Referred to: Magistrate Judge Leo T. Sorokin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/13/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Filbert Nelson**           represented by **Filbert Nelson**
                                            MCI Norfolk
                                            2 Clark Street
                                            P.O. Box 43
                                            Norfolk, MA 02056
                                            PRO SE

V.

**Respondent**

**Luis Spencer**             represented by **Susanne G. Reardon**
*Superintendent*                            Attorney General's Office
                                            One Ashburton Place
                                            Boston, MA 02108
                                            617-727-2200
                                            Fax: 617-727-5755
                                            Email: susanne.reardon@ago.state.ma.us
                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Filbert Nelson.(Jenness, Susan) (Entered: 02/13/2004) |
| 02/13/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5.00, , filed by Filbert Nelson.(Jenness, Susan) (Entered: 02/13/2004) |

| | | |
|---|---|---|
| 02/13/2004 | | Case undergoing preliminary screening. (Jenness, Susan) (Entered: 03/01/2004) |
| 02/13/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 03/24/2004) |
| 02/27/2004 | 3 | Letter/request (non-motion)from Filbert Nelson requesting status report of his case and for provision of docket sheet. Docket Sheet reviewed and printed out. Mailed to petitioner via us mail. (Jenness, Susan) (Entered: 03/01/2004) |
| 03/03/2004 | 4 | Judge Joseph L. Tauro : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis as MOOT. The Court's records indicate petitioner paid the $5.00 filing fee on February 13, 2004. (Morse, Barbara) (Entered: 03/05/2004) |
| 03/03/2004 | 5 | Judge Joseph L. Tauro : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order. Copies of order and petition sent to respondent by certified mail.(Morse, Barbara) (Entered: 03/05/2004) |
| 03/09/2004 | | Return receipt received for mail sent to Luis Spencer Delivered on 3/8/2004 (Abaid, Kim) (Entered: 03/10/2004) |
| 03/11/2004 | | Return receipt received for mail sent to Ms. Cathryn A. Neaves Delivered on March 9, 2004. (Abaid, Kim) (Entered: 03/12/2004) |
| 03/26/2004 | 6 | MOTION for Extension of Time to 4/16/04 to answer petition by Luis Spencer.(Reardon, Susanne) (Entered: 03/26/2004) |
| 03/29/2004 | | Notice of correction to docket made by Court staff. Correction: Removed entry #7 corrected because: it was a duplicate of entry #6. (Abaid, Kim) (Entered: 03/29/2004) |
| 04/12/2004 | | Judge Joseph L. Tauro : ELECTRONIC ORDER entered granting 6 Motion for Extension of Time (Lovett, Zita) (Entered: 04/12/2004) |
| 04/13/2004 | 7 | MOTION to Appoint Counsel by Filbert Nelson.(Abaid, Kim) (Entered: 04/14/2004) |
| 04/13/2004 | 8 | AFFIDAVIT in Support re 7 MOTION to Appoint Counsel. (Abaid, Kim) (Entered: 04/14/2004) |

| | | |
|---|---|---|
| 04/15/2004 | 9 | ANSWER to Complaint by Luis Spencer.(Reardon, Susanne) (Entered: 04/15/2004) |
| 04/16/2004 | 10 | Judge Joseph L. Tauro : ORDER entered REFERRING CASE to Magistrate Judge Lawrence P. Cohen Referred for: Report and Recommendations on 2254 petition.(Abaid, Kim) Additional attachment(s) added on 4/16/2004 (Abaid, Kim). (Entered: 04/16/2004) |
| 04/16/2004 | 11 | Judge Lawrence P. Cohen : ORDER entered denying 7 Motion to Appoint Counsel; In his Answer (# 09), under the heading of Defenses, respondent contends that the petitioner has not exhausted his available state remedies. To that extent, respondent shall file a motion to dismiss and memorandum in support thereof on or before the close of business, Friday, May 21, 2004, and petitioner shall file a response thereto on or before the close of business, Friday, June 18, 2004. (Cohen, Lawrence) Additional attachment(s) added on 4/16/2004 (Cohen, Lawrence). (Entered: 04/16/2004) |
| 04/16/2004 |  | Set/Reset Deadlines: Motion to dismiss due by 5/21/2004. (Cohen, Lawrence) (Entered: 04/16/2004) |
| 04/16/2004 | 12 | Supplemental ANSWER to Complaint by Luis Spencer Volume I.(Abaid, Kim) (Entered: 04/20/2004) |
| 04/16/2004 | 13 | Supplemental ANSWER to Complaint, Volume II by Luis Spencer.(Abaid, Kim) Modified on 4/20/2004 (Abaid, Kim). (Entered: 04/20/2004) |
| 05/12/2004 | 14 | MOTION to Dismiss *habeas petition for failure to exhaust state court remedies* by Luis Spencer.(Reardon, Susanne) (Entered: 05/12/2004) |
| 05/25/2004 | 15 | Opposition re 14 MOTION to Dismiss *habeas petition for failure to exhaust state court remedies* filed by Filbert Nelson. (Abaid, Kim) (Entered: 05/26/2004) |
| 05/25/2004 | 16 | MOTION to Withdraw 2 Petition for writ of habeas corpus (28:2254) by Filbert Nelson.(Abaid, Kim) (Entered: 05/26/2004) |
| 05/25/2004 | 17 | MOTION to Amend 2 Petition for writ of habeas corpus (28:2254) by Filbert Nelson.(Abaid, Kim) (Entered: 05/26/2004) |
| 05/27/2004 | 18 | Judge Lawrence P. Cohen : ORDER entered denying 16 |

| | | |
|---|---|---|
| | | Motion to Withdraw, denying 17 Motion to Amend (Cohen, Lawrence) (Entered: 05/27/2004) |
| 05/27/2004 | | Set/Reset Deadlines: Renewed motion to amend due by 6/25/2004. (Cohen, Lawrence) (Entered: 05/27/2004) |
| 05/28/2004 | 19 | MOTION to Withdraw petitioner's motions recently filed by Filbert Nelson.(Abaid, Kim) (Entered: 06/02/2004) |
| 05/28/2004 | 20 | MOTION for Extension of Time to July 8th, 2004 to file opposition to respondents motion to dismiss by Filbert Nelson. (Abaid, Kim) (Entered: 06/02/2004) |
| 05/28/2004 | 21 | MOTION to waive requirement of Local Rule 7.1(A) (2) by Filbert Nelson.(Abaid, Kim) (Entered: 06/02/2004) |
| 06/10/2004 | | Judge Joseph L. Tauro : electronic ORDER entered granting 19 Motion to Withdraw, granting 20 Motion for Extension of Time, granting 21 Motion to withdraw petitioner's motions recently filed (Abaid, Kim) (Entered: 06/14/2004) |
| 06/23/2004 | 22 | AMENDED PETITION for Writ of Habeas Corpus filed by Filbert Nelson.(Abaid, Kim) (Entered: 06/24/2004) |
| 07/08/2004 | 23 | Judge Lawrence P. Cohen : PROCEDURAL ORDER entered; To the extent that the Amended Petition filed June 23, 2004, presents matters warranting additional defenses warranting the allowance of a motion to dismiss, in whole or in part, the respondent shall file a renewed motion to dismiss with supporting memorandum on or before Friday, July 30, 2004. (Cohen, Lawrence) (Entered: 07/08/2004) |
| 07/08/2004 | | Set/Reset Deadlines: Revised Motion to Dismiss (if any) due by 7/30/2004. (Cohen, Lawrence) (Entered: 07/08/2004) |
| 07/30/2004 | 24 | MOTION to Dismiss *in part for failure to state claim upon which relief can be granted* by Luis Spencer.(Reardon, Susanne) (Entered: 07/30/2004) |
| 07/30/2004 | 25 | MEMORANDUM in Support re 24 MOTION to Dismiss *in part for failure to state claim upon which relief can be granted* filed by Luis Spencer. (Reardon, Susanne) (Entered: 07/30/2004) |
| 08/09/2004 | 26 | MOTION for Extension of Time to September 14, 2004 to file an opposition to respondents motion to dismiss by Filbert Nelson.(Abaid, Kim) (Entered: 08/10/2004) |

| | | |
|---|---|---|
| 08/19/2004 | | Judge Lawrence P. Cohen : electronic ORDER entered granting 26 Motion for Extension of Time ; Response to motion to dismiss due 9/14/04. (Simeone, Maria) (Entered: 08/19/2004) |
| 09/14/2004 | 27 | MOTION for Order denying the Respondent's motion to dismiss by Filbert Nelson.(Abaid, Kim) (Entered: 09/15/2004) |
| 09/14/2004 | 28 | MEMORANDUM in Support re 27 MOTION for Order to denying the Respondent's motion to dismiss filed by Filbert Nelson. (Abaid, Kim) (Entered: 09/15/2004) |
| 09/16/2004 | 29 | Letter and Replacement page 7 for previously filed memorandum from Filbert Nelson. (Abaid, Kim) (Entered: 09/16/2004) |
| 01/19/2005 | 30 | Magistrate Judge Lawrence P. Cohen : ORDER entered. REPORT AND RECOMMENDATIONS re 24 MOTION to Dismiss *in part for failure to state claim upon which relief can be granted* filed by Luis Spencer, Recommendation: allow Objections to R&R due by 2/2/2005(Cohen, Lawrence) Modified on 1/20/2005 (Simeone, Maria). (Entered: 01/19/2005) |
| 01/19/2005 | 31 | Magistrate Judge Lawrence P. Cohen : ORDER entered. REPORT AND RECOMMENDATIONS re 27 MOTION for Order to denying the Respondent's motion to dismiss filed by Filbert Nelson, Recommendation: deny Objections to R&R due by 2/2/2005(Cohen, Lawrence) Modified on 1/20/2005 (Simeone, Maria). (Entered: 01/19/2005) |
| 01/19/2005 | 32 | Magistrate Judge Lawrence P. Cohen : PROCEDURAL ORDER entered. This court having recommended contemporaneously herewith that the district judge to whom this case is assigned allow respondent?s motion to dismiss Grounds One and Three of the amended petition for a writ of habeas corpus, petitioner shall file a memorandum addressing the merits of Grounds Two and Four on or before Friday, February 18, 2005, and respondent shall file a memorandum of law addressing the merits of Grounds Two and Four on or before Friday, March 18, 2005.(Cohen, Lawrence) Modified on 1/20/2005 (Simeone, Maria). (Entered: 01/19/2005) |
| 01/27/2005 | | Case no longer referred to Magistrate Judge Lawrence P. Cohen. (Hurley, Virginia) (Entered: 01/31/2005) |

| | | |
|---|---|---|
| 01/27/2005 | 34 | Chief Magistrate Judge Charles B. Swartwood : ORDER entered REFERRING CASE to Magistrate Judge Robert B. Collings (for emergency matters only) pending the appointment of the Court's new Magistrate Judge(Hurley, Virginia) (Entered: 01/31/2005) |
| 01/28/2005 | 33 | MOTION for Extension of Time to February 11, 2005 to file a response to the dismissal of Grounds One and Three by Filbert Nelson.(Abaid, Kim) (Entered: 01/31/2005) |
| 02/04/2005 | ● | Judge Robert B. Collings: Electronic ORDER entered granting 33 Motion for Extension of Time. The time within which the petitioner may file and serve objections to Judge Cohen's Report and Recommendation (#30) recommending that Grounds One and Three of his petition be dismissed is ENLARGED to the close of business on February 11, 2005. (Entered: 02/04/2005) |
| 02/07/2005 | 35 | OBJECTION to 30, 31 Report and Recommendations filed by Filbert Nelson. (Abaid, Kim) (Entered: 02/09/2005) |
| 02/17/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 27 Motion for Order and 24 Motion to Dismiss filed by Luis Spencer, Action on motion: 27 Motion for Order is DENIED. 24 Motion to Dismiss is ALLOWED. (Abaid, Kim) (Entered: 02/22/2005) |
| 02/18/2005 | 36 | MEMORANDUM OF LAW on the Merits of Grounds Two and Four of the Amended Petition for Writ of Habeas Corpus by Filbert Nelson. (Attachments: # 1 Memorandum Continued# 2 Records of Appendix)(Abaid, Kim) (Entered: 02/22/2005) |
| 03/01/2005 | ● | Case no longer referred to Magistrate Judge Robert B. Collings. (Abaid, Kim) (Entered: 03/01/2005) |
| 03/16/2005 | 37 | MEMORANDUM OF LAW by Luis Spencer. (Reardon, Susanne) (Entered: 03/16/2005) |
| 03/29/2005 | 38 | MOTION for Certificate of Appealability by Filbert Nelson. (Abaid, Kim) (Entered: 03/30/2005) |
| 03/29/2005 | 39 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, by Filbert Nelson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

| | | |
|---|---|---|
| | | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/18/2005. (Abaid, Kim) Modified on 4/6/2005 (Abaid, Kim). (Entered: 03/30/2005) |
| 03/30/2005 | | Motions terminated as Moot: 14 MOTION to Dismiss *habeas petition for failure to exhaust state court remedies* filed by Luis Spencer,. (Lovett, Zita) (Entered: 03/30/2005) |
| 04/05/2005 | 40 | Response by Filbert Nelson to 37 Memorandum of Law and Opposition to Grounds Two and Four of the Petitioners Habeas Corpus. (Abaid, Kim) (Entered: 04/05/2005) |
| 04/25/2005 | 41 | Certified and Transmitted Record on Appeal to US Court of Appeals re 39 Notice of Appeal, (Ramos, Jeanette) (Entered: 04/25/2005) |
| 04/27/2005 | 42 | USCA Case Number 05-1607 for 39 Notice of Appeal, filed by Filbert Nelson,. (Ramos, Jeanette) (Entered: 04/27/2005) |
| 05/06/2005 | 43 | Supplemental Record on Appeal transmitted to US Court of Appeals re 39 Notice of Appeal, document number 37 (Ramos, Jeanette) (Entered: 05/06/2005) |
| 07/08/2005 | 44 | MANDATE of USCA as to 39 Notice of Appeal, filed by Filbert Nelson. Appellant's motion to stay appellate proceedings is denied, and the appeal is dismissed as premature. Appellant must wait until all claims have been adjudicated before appealing. DISMISSED. (Ramos, Jeanette) (Entered: 07/08/2005) |
| 07/08/2005 | | Appeal Record Returned: 39 Notice of Appeal, (Ramos, Jeanette) (Entered: 07/08/2005) |
| 08/31/2005 | 45 | MOTION to Stay Proceedings by Filbert Nelson.(Abaid, Kim) (Entered: 09/01/2005) |
| 08/31/2005 | 46 | AFFIDAVIT in Support re 45 MOTION to Stay. (Abaid, Kim) (Entered: 09/01/2005) |
| 09/08/2005 | 47 | Opposition re 45 MOTION to Stay filed by Luis Spencer. (Reardon, Susanne) (Entered: 09/08/2005) |
| 09/23/2005 | | Judge Joseph L. Tauro : ElectronicORDER entered denying 45 Motion to Stay (Lovett, Zita) (Entered: 09/23/2005) |
| 10/12/2005 | | Civil Case Terminated. (Lovett, Zita) (Entered: 10/12/2005) |
| | | |

| 11/10/2005 | | Case Reopened (Abaid, Kim) (Entered: 11/10/2005) |
| --- | --- | --- |
| 11/10/2005 | | Judge Leo T. Sorokin added. (Lovett, Zita) (Entered: 11/10/2005) |
| 11/10/2005 | 48 | Magistrate Judge Leo T. Sorokin : REPORT AND RECOMMENDATIONS; For the foregoing reasons, I recommend that the Court (1) deny Grounds Two and Four of the Petition, and (2) enter Judgment DENYING in favor of the Respondent as the Court previously rejected Grounds One and Three of the Amended Petition. See Electronic Order dated February 17, 2005. (Simeone, Maria) (Entered: 11/10/2005) |
| 11/17/2005 | | Return receipt received for mail sent to Filbert Nelson Delivered on 11/16/05 (Abaid, Kim) (Entered: 11/17/2005) |
| 11/22/2005 | 49 | MOTION for Extension of Time to January 13, 2006 to Reply to the Report and Recommendations by Filbert Nelson.(Abaid, Kim) (Entered: 11/28/2005) |
| 11/22/2005 | 50 | AFFIDAVIT in Support re 49 MOTION for Extension of Time to January 13, 2006 to Reply to the Report and Recommendations. (Abaid, Kim) (Entered: 11/28/2005) |
| 12/05/2005 | 51 | Judge Joseph L. Tauro : ORDER entered 49 Motion for Extension of Time is ALLOWED. Petitioner has until January 6, 2006 to file his Opposition to 22 Report and Recommendations on Grounds Two and Four of Amended Petition for Writ of Habeas Corpus. (Abaid, Kim) (Entered: 12/05/2005) |
| 01/09/2006 | 52 | MOTION to Withdraw Grounds Two and Four Without Prejudice for Want of Prosecution by Filbert Nelson.(Abaid, Kim) (Entered: 01/10/2006) |
| 01/15/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying as moot 52 Motion to Withdraw Grounds Two and Four. (Abaid, Kim) (Entered: 01/17/2006) |
| 01/15/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 48 Report and Recommendations, Action on motion: Grounds Two and Four are Dismissed.(Abaid, Kim) (Entered: 01/17/2006) |
| 01/17/2006 | 53 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Respondent against the Petitioner(Abaid, Kim) |

| | | |
|---|---|---|
| | | (Entered: 01/17/2006) |
| 02/09/2006 | 54 | MOTION for Certificate of Appealability by Filbert Nelson. (Abaid, Kim) (Entered: 02/09/2006) |
| 02/09/2006 | 55 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, 53 Judgment by Filbert Nelson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/1/2006. (Abaid, Kim) (Entered: 02/09/2006) |