UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-10316-JLT

FILBERT NELSON,
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS

Now comes the Petitioner, Filbert Nelson, in the above-entitled matter pursuant to Fed.R.App.P. Rule 24(a), hereby moves that this Honorable Court grant him the permission to proceed on appeal in Forma Pauperis. The Petitioner is indigent, and is unable to pay the filing fees without depriving himself of daily necessity. Petitioner's Affidavit is hereby made of the motion and attached.

WHEREFORE, Petitioner's prays that this Honorable Court grant him the permission to proceed forma pauperis.

Respectfully Submitted,
By The Petitioner,

Dated: 7th, February 2006.

Filbert Nelson, pro-se
MCI-Norfolk
2 Clark Street
P.O. Box 43
Norfolk, Mass. 02056