MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

FILED
IN CLERKS OFFICE

2006 MAR -8  A 11: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | |
|---|---|---|---|
| Inmate Name............ | NELSON    FILBERT | | |
| Commitment number.... | W62821 | | |
| Period encompassed.... | 8/1/2005 THRU    1/31/2006 | | |

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 47.43 | 44.44 | 91.87 |
| 20% of Six Month Average Daily Balance | 18.37 | | |
| Total Expenditures for Period | | | 564.67 |
| Total Income for Period | | | 565.39 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _____*Marsha Collins*_____
MARSHA COLLINS, Treasurer

Time: 12:46 PM
Date: 2/21/06

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

*Court*

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date :  20060221 12:28

Page: 1

| Commit# : | W62821 | MCI NORFOLK | | |
|---|---|---|---|---|
| Name : | NELSON, FILBERT, , | Statement From | 20050801 | |
| Inst : | MCI NORFOLK | To | 20060201 | |
| Block : | 4-3 | | | |
| Cell/Bed : | 217 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $14,504.23 | $14,503.66 | $46.88 | $3.00 |
| 20050803 16:51 | IS - Interest | 5039706 | | NOR | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5039707 | | NOR | | $0.00 | $0.00 | $0.17 | $0.00 |
| 20050808 11:48 | ML - Mail | 5076674 | | NOR | ~DONOR ILLEGIBLE MO #08806681260 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050808 11:48 | MA - Maintenance and Administration | 5076676 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050808 11:48 | ML - Mail | 5076683 | | NOR | ~DONOR NOT LISTED MO #08036883112 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050811 22:30 | CN - Canteen | 5106776 | | NOR | ~Canteen Date : 20050811 | $0.00 | $44.49 | $0.00 | $0.00 |
| 20050815 15:02 | ML - Mail | 5113823 | | NOR | ~PAUL ROGERS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20050818 14:55 | IC - Transfer from Inmate to Club A/c | 5136790 | | NOR | ~MR. FRUTCHMAN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050818 22:30 | CN - Canteen | 5139334 | | NOR | ~Canteen Date : 20050818 | $0.00 | $26.14 | $0.00 | $0.00 |
| 20050825 22:30 | CN - Canteen | 5169210 | | NOR | ~Canteen Date : 20050825 | $0.00 | $22.31 | $0.00 | $0.00 |
| 20050831 08:25 | IC - Transfer from Inmate to Club A/c | 5185192 | | NOR | ~z-143 Unit acct.~SODA CAN REFUND 4-3 - Z143~SODA CAN REFUND 4-3 - Z143 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050908 22:30 | CN - Canteen | 5239291 | | NOR | ~Canteen Date : 20050908 | $0.00 | $35.35 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247447 | | NOR | | $0.44 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5247448 | | NOR | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20050913 15:18 | IC - Transfer from Inmate to Club A/c | 5271853 | | NOR | ~RED CROSS RELIEF FUND ~MISC. FUNCTION COLLECTION - Z54~MISC. FUNCTION COLLECTION - Z54 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20050915 15:43 | IC - Transfer from Inmate to Club A/c | 5288860 | | NOR | ~TAUNTON DISTRICT COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050916 12:34 | IC - Transfer from Inmate to Club A/c | 5294725 | | NOR | ~806.807 ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $13.18 | $0.00 | $0.00 |
| 20050922 22:30 | CN - Canteen | 5325450 | | NOR | ~Canteen Date : 20050922 | $0.00 | $41.80 | $0.00 | $0.00 |
| 20051006 22:30 | CN - Canteen | 5396190 | | NOR | ~Canteen Date : 20051006 | $0.00 | $30.13 | $0.00 | $0.00 |
| 20051011 14:48 | ML - Mail | 5408074 | | NOR | ~NELSON, VERA, E, | $100.00 | $0.00 | $0.00 | $0.00 |
| 20051011 14:48 | MA - Maintenance and Administration | 5408076 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051011 14:55 | ML - Mail | 5408157 | | NOR | ~PAUL ROGERS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20051011 15:37 | IC - Transfer from Inmate to Club A/c | 5408402 | | NOR | ~INMATE CLOTHING PURCHASE - Z51~INMATE CLOTHING PURCHASE - Z51 | $0.00 | $3.07 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430732 | | NOR | | $0.34 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5430733 | | NOR | | $0.00 | $0.00 | $0.18 | $0.00 |
| 20051013 22:30 | CN - Canteen | 5444279 | | NOR | ~Canteen Date : 20051013 | $0.00 | $38.14 | $0.00 | $0.00 |
| 20051024 15:02 | ML - Mail | 5487089 | | NOR | ~NELSON, VERA, E, | $2.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060221 12:28

Page: 2

| Commit# : | W62821 | | | | MCI NORFOLK | | | |
| Name : | NELSON, FILBERT, , | | | Statement From | 20050801 | | | |
| Inst : | MCI NORFOLK | | | To | 20060201 | | | |
| Block : | 4-3 | | | | | | | |
| Cell/Bed : | 217 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051028 10:35 | IC - Transfer from Inmate to Club A/c | 5513060 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20051103 22:30 | CN - Canteen | 5553798 | | NOR | ~Canteen Date : 20051103 | $0.00 | $43.73 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570299 | | NOR | | $0.55 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5570300 | | NOR | | $0.00 | $0.00 | $0.20 | $0.00 |
| 20051116 09:35 | IC - Transfer from Inmate to Club A/c | 5623561 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20051117 22:30 | CN - Canteen | 5639098 | | NOR | ~Canteen Date : 20051117 | $0.00 | $39.21 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5665074 | | NOR | ~Canteen Date : 20051123 | $0.00 | $36.38 | $0.00 | $0.00 |
| 20051201 14:53 | ML - Mail | 5701854 | | NOR | ~ROGER, PAUL, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20051201 14:53 | MA - Maintenance and Administration | 5701856 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051201 22:30 | CN - Canteen | 5704528 | | NOR | ~Canteen Date : 20051201 | $0.00 | $16.65 | $0.00 | $0.00 |
| 20051208 14:44 | IC - Transfer from Inmate to Club A/c | 5743372 | | NOR | ~MAGGIE BROWN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20051212 14:26 | ML - Mail | 5755983 | 433 | NOR | ~LOGAN, DOROTHY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051212 14:34 | ML - Mail | 5756054 | | NOR | ~debby kelly | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051214 15:58 | ML - Mail | 5769517 | | NOR | ~NELSON, VERA, E, | $30.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772428 | | NOR | | $0.41 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5772429 | | NOR | | $0.00 | $0.00 | $0.21 | $0.00 |
| 20051215 22:30 | CN - Canteen | 5801541 | | NOR | ~Canteen Date : 20051215 | $0.00 | $41.68 | $0.00 | $0.00 |
| 20051222 22:30 | CN - Canteen | 5841477 | | NOR | ~Canteen Date : 20051222 | $0.00 | $45.92 | $0.00 | $0.00 |
| 20051228 15:06 | IC - Transfer from Inmate to Club A/c | 5861186 | | NOR | ~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $9.04 | $0.00 | $0.00 |
| 20060105 22:30 | CN - Canteen | 5910975 | | NOR | ~Canteen Date : 20060105 | $0.00 | $10.21 | $0.00 | $0.00 |
| 20060112 22:30 | CN - Canteen | 5952695 | | NOR | ~Canteen Date : 20060112 | $0.00 | $17.70 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5986119 | | NOR | | $0.39 | $0.00 | $0.00 | $0.00 |
| 20060119 16:39 | IS - Interest | 5986120 | | NOR | | $0.00 | $0.00 | $0.23 | $0.00 |
| 20060120 13:24 | IC - Transfer from Inmate to Club A/c | 6003828 | | NOR | ~U.S.D.C. BOSTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20060126 22:30 | CN - Canteen | 6034104 | | NOR | ~Canteen Date : 20060126 | $0.00 | $19.51 | $0.00 | $0.00 |
| | | | | | | $564.22 | $564.67 | $1.17 | $0.00 |

Balance as of ending date:  Personal $0.12   Savings $45.05