Mr. Filbert Nelson
MCI-Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

Office Of The Clerk
United States District Court
District of Massachusetts
U.S. Courthouse, Room 2300
One Courthouse Way
Boston, Mass 02210

RE: <u>Filbert Nelson v. Luis Spencer, Supt.</u>
No. 04-10316-JLT

Dear Clerk,

Please provide me with a copy of the docket sheet in the above matter.

Thanks for your time and kind attention.

Sincerely,

Filbert Nelson

cc: file