```
                                    Filbert Nelson
                                    MCI-Norfolk
                                    2 Clark Street
                                    P.O. Box 43
                                    Norfolk, MA 02056

                                    3rd, August 2006
```

United States District Court
District of Massachusetts
U.S. Courthouse, Room 2300
One Courthouse Way
Boston, Mass. 02210


RE: <u>Filbert Nelson v. Luis Spencer</u>
    No. 04-10316-JLT


Dear Clerk:

   On February 8, 2006, the petitioner filed a Motion for Certificate of Appealability, and on February 15, 2006, the District Judge (Joseph L. Tuaro) denied the motion without any reasons.

   On February 28, 2006, the petitioner filed a Notice of Appeal in the United States Court of Appeals for the First Circuit with an Affidavit in Support of Motion for Permission to Appeal in Forma Pauperis; and on March 7, 2006, the petitioner filled out and returned the Appearance Form issued by the United States Court of Appeals' Clerk.

   In addition, on March 7, 2006, the petitioner filed a Motion for Leave to Proceed in Forma Pauperis, accompany by an affidavit along with petitioner's financial institution account printout; and on March 14, 2006, the petitioner filed a Memorandum of Law setting forth the issue with supporting authority, the facts and laws upon which petitioner's bases his claim supporting the issuance of a certificate of appealability.

   The Honorable Justice Tauro, denied the petitioner's motion for certificate of appealability on 2/15/06 without any reasons, and has not rule on the petitioner's motion for leave to appeal in forma pauperis filed on 3/8/06.

U.S. District Court
3rd, August 2006
Page Two.

    According to Federal Rule of Appellate Procedure Rule 22 (1), stated that: "If an applicant file a Notice of Appeal, the district judge who rendered the judgment **must** either issue a certificate of appealability or state why a certificate should not issue."  Rule 24 (2) stated that: "If the district court grant the motion, the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise."  "If the district court denies the motion, it **must** state its reasons in writing.

    As stated, Joseph L. Tauro, J., denied the petitioner's motion for certificate of appealability and has not rule on petitioner's motion for leave to appeal in forma pauperis. The petitioner recognizes that the Court has many responsibilities other than this issue.  However, for the past five (5) months the petitioner has been filing a status report with the First Circuit Court of Appeals while the District Court Judge denied petitioner's certificate of appealability without any reasons, and failed to rule on the motion for leave to appeal in forma pauperis.

    The petitioner now request that the matter should be brought before the District Judge in hope that the Judge could inform the petitioner as to when a decision may be anticipated.

    Thanks for your time and kind attention to this very important matter.

                                   Respectfully,

                                   Filbert Nelson, pro-se

cc: Filed