FILED
IN CLERKS OFFICE
2006 SEP 28 P 2:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Mr. Filbert Nelson
MCI-Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056
27th September 2006

Office Of The Clerk
United States District Court
District of Massachusetts
U.S. Courthouse, Room 2300
One Courthouse Way
Boston, Mass. 02210

RE: <u>Filbert Nelson v. Luis Spencer, Supt.,</u>
    Docket No. 04-10316-JLT

Dear Clerk/Magistrate:

    Enclosed herewith please find a copy of the First Circuit Court of Appeals Docket Sheet which was forward to me on September 20, 2006, which I received on September 22, 2006. Also enclosed, is a copy of Petitioner's Motion and Supporting Affidavit for Leave To File A Rebuttal Brief. And Certificate of Services.

    Please take judicial notice of the fact that I was never served notice of the Judge's Approval of my Motion for leave to Proceed In Forma Pauperis dated August 21, 2006. Would you please send me a copy of the Judge's Decision.

    Thanks for your time and attention to this matter.

                                      Sincerely,

                                      Filbert Nelson, pro-se

cc: File

```
                        GENERAL DOCKET FOR
                     First Circuit Court of Appeals

Court of Appeals Docket #: 06-1296                          Filed: 2/15/06
Nsuit: 3530  Prisoner: Habeas Corpus
Nelson v. Spencer
Appeal from: U.S. District Court of MA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0101-1 : 04-10316              lead: 04-10316
     Ordering Judge: Joseph L. Tauro, Judge
     trial judge: Lawrence P. Cohen, Magistrate Judge
     trial judge: Charles B. Swartwood, III, Magistrate Judge
     trial judge: Robert B. Collings, Magistrate Judge
     trial judge: Leo T. Sorokin, Magistrate Judge
     Date Filed: 2/13/04
     Date order/judgment: 1/17/06
     Date NOA filed: 2/9/06
     District: 0101-1 : 04-10316              lead: 04-10316
     Date Filed: 2/13/04
     Date order/judgment: 2/22/05
     Date NOA filed: 2/9/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
                   Lead         Member      Start       End
     Related:
                   05- 1607     06- 1296    2/15/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Docket as of September 20, 2006 11:34 am                      Page 1

```
Proceedings include all events.
06-1296   Nelson v. Spencer

FILBERT NELSON                    Filbert Nelson
     Petitioner - Appellant       [COR LD NTC pro]
                                  MCI Norfolk
                                  P.O. Box 43
                                  2 Clark St.
                                  Norfolk, MA 02056


   v.

LUIS SPENCER, Superintendent      Susanne G. Reardon
     Respondent - Appellee        617-727-2200
                                  [COR LD NTC st]
                                  Attorney General's Office
                                  1 Ashburton Place
                                  Boston, MA 02110
```

Proceedings include all events.
06-1296  Nelson v. Spencer

FILBERT NELSON

        Petitioner - Appellant

  v.

LUIS SPENCER, Superintendent

        Respondent - Appellee

Docket as of September 20, 2006 11:34 am         Page 3

Proceedings include all events.
06-1296   Nelson v. Spencer

| Date | Entry |
|---|---|
| 2/15/06 | CIVIL CASE docketed. Opening forms sent. Notice of Appeal filed by pro se Appellant Filbert Nelson. Fee due 3/1/06. (geor) |
| 2/15/06 | RECORD filed: 1 volume(s) consisting of docket entries 1-11,14-40,44-53, and 55. No transcript(s) filed as there were no hearings below. [1091317-1] [06-1296] (geor) |
| 2/17/06 | ORDER entered. This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b). Petitioner-appellant's request for a certificate of appealability, filed on 2/9/06, is pending in the district court. Accordingly, we direct petitioner-appellant to file a status report in this court by 3/20/06, and every thirty days thereafter, advising us of the status of that motion. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the motion for a certificate. If a status report is not filed by 3/20/06 and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution. [06-1296] (geor) |
| 2/22/06 | APPEARANCE filed by Susanne G. Reardon for Appellee Luis Spencer. [1093275-1] [06-1296] (mlyn) |
| 3/1/06 | MOTION and affidavit in support of motion to proceed IFP filed by Appellant Filbert Nelson, Pro Se. Certificate of service dated 2/28/06. [06-1296] (dona) |

Proceedings include all events.
06-1296   Nelson v. Spencer

| | |
|---|---|
| 3/1/06 | ORDER. DC denied CAP: 2/15/06. CAP Memo due 3/15/06. [06-1296], IFP in DC/Fee due 3/15/06. [06-1296] This court has docketed appellants appeal from the denial of his 28 U.S.C. Ï2254 petition for writ of habeas corpus. On February 17, 2006, based on a review of the district court docket, we noted that appellant had filed a request for a certificate of appealability in the district court. We now note that the district court did in fact decline to issue a certificate of appealability in its February 15,2 006 electronic order.          Accordingly, we will treat appellants notice of appeal as a request for a certificate of appealability from this court.  Appellant is ordered to file a memorandum, by March 15, 2006  setting forth specific facts, reasons, and issues supporting issuance of a certificate.  See Local Rule 22.1.  See also 28 U.S.C. Ï2253(c)(2)(in order for a certificate to be granted, applicant must make substantial showing of the denial of a constitutional right).          Appellant's motion to proceed on appeal in forma pauperis is denied without prejudice. A motion to proceed on appeal in forma pauperis, fully completed Form 4 and prison trust account information must first be filed in the District Court of Massachusetts in Case No. 04-cv-10316. This office should be immediately notified if such a motion is filed in the district court in order to avoid dismissal of this appeal for lack of prosecution.  Form 4 is enclosed to the appellant with this order.        If the district court denies the application to proceed on appeal in forma pauperis, you must either pay the docketing fees of $255.00 to the Clerk of the District Court or file a motion and financial affidavit in the court of appeals within 30 days after service of the notice of the district courts action. See Fed.R.App.P. 24(a).         The appellant is directed to respond to this order in writing regarding the outstanding fee issue on or before March 15, 2006.  Failure to comply with this order regarding the fee issue may lead to dismissal of this case for want of diligent prosecution. This court cannot consider any request for a certificate of appealability until appellant either pays the fee or complies with Fed.R.App.P. 24. (dona) |
| 3/8/06 | APPEARANCE filed by pro se Appellant Filbert Nelson. [1098429-1] [06-1296] (geor) |
| 3/8/06 | DOCKETING STATEMENT filed by pro se Appellant Filbert Nelson. [06-1296] (geor) |
| 3/17/06 | Petitioner's Memorandum of Law Supporting the Issuance of a Certificate of Appealability, filed by Appellant Filbert Nelson, Pro Se. Certificate of service dated 3/14/06. [06-1296] (dona) |

Docket as of September 20, 2006 11:34 am                               Page 5

```
Proceedings include all events.
06-1296  Nelson v. Spencer
```

| Date | Entry |
|---|---|
| 3/20/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1102890-1] [06-1296] Fee due 4/14/06. (dona) |
| 3/21/06 | LETTER filed by appellant informing the court that IFP is pending before the DC. [06-1296] (dona) |
| 4/19/06 | LETTER CONSTRUED AS MOTION filed by Appellant Filbert Nelson to hold case in abeyance pending filing of a motion for new trial. [1113925-1] Letter dated 4/18/06. [1113925-2] [06-1296] (dona) |
| 4/26/06 | ORDER entered by Judge Bruce M. Selya. Petitioner s request to stay proceedings while petitioner files another motion for new trial in the state court is denied. [06-1296] [06-1296] (myra) |
| 5/18/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1124656-1] [06-1296] Fee due 6/1/06. (dona) |
| 5/22/06 | STATUS REPORT filed by Appellant Filbert Nelson advising IFP pending before the DC. Certificate of Service date 5/18/06. [1125283-1] [06-1296] (dona) |
| 6/6/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1132102-1] [06-1296] Fee due 6/20/06. (dona) |
| 6/19/06 | LETTER filed by appellant stating the IFP request is pending before the district court and noting that district court judge did not state why the certificate of appealability was denied [06-1296] (dona) |
| 6/19/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1136650-1] [06-1296] Fee due 7/3/06. (dona) |
| 7/5/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1141121-1] [06-1296] Fee due 7/19/06. (dona) |
| 7/21/06 | LETTER filed by appellant regarding request for IFP still pending before the DC. [06-1296] (dona) |
| 8/3/06 | NOTICE RECEIVED from District Court that IFP is pending for Appellant Filbert Nelson. [1151575-1] [06-1296] Fee due 8/17/06. (dona) |
| 8/18/06 | STATUS REPORT filed by Appellant Filbert Nelson advising IFP still pending before the DC and enclosing a copy of a letter send to DC requesting explanation of why certificate of appealability was denied. Certificate of Service date 8/17/06. [1157336-1] [06-1296] (dona) |

Docket as of September 20, 2006 11:34 am                    Page 6

Proceedings include all events.
06-1296  Nelson v. Spencer

| | |
|---|---|
| 8/23/06 | Request to proceed in forma pauperis on appeal filed by Appellant Filbert Nelson has been granted by the district court by order dated 8/21/06. [06-1296] (dona) |
| 8/28/06 | SUPPLEMENTAL RECORD consisting of docket entries 12 (Supplemental ANSWER to Complaint by Luis Spencer Volume I) & 13 (Supplemental ANSWER to Complaint, Volume II by Luis Spencer) filed. (geor) |
| 9/19/06 | LETTER filed by appellant regarding status of case. [06-1296] (dona) |