UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2006 SEP 28 P 2:37

DOCKET N#04-10316-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILBERT NELSON,
     Petitioner,

Vs.

LUIS SPENCER,
     Respondent.

**PETITIONER'S MOTION TO FILE AN REBUTTAL TO THE RESPONDENT'S OPPOSITION TO HIS APPEAL BECAUSE THE RESPONDENT DID NOT COMPLY WITH RULE 5(b) and (d) OF FED. R. CIV. P. AND SERVE HIM THE REQUIRED NOTICE OF THEIR OPPOSITION (SUPPLEMENTAL ANSWER TO COMPLAINT, VOLUME 1 and 2 FILED RECENTLY**

Now comes the Petitioner Filbert Nelson, pro-se in the above entitled matter before this Honorable Court and hereby respectfully requests that He be granted Leave to file a Rebuttal Reply Brief to the Respondent's Opposition to his Appeal. As Grounds for this motion the Petitioner states as follow as a matter of law:

1. That the Respondent did not serve Petitioner with a copy of their Opposition Brief of the (Supplemental Answer to Complaint, Volume I and II filed on August 28, 2006, according to the First Circuit Court of Appeals Docket Sheet on page seven.

-2-

2. That as a matter of law pursuant to Rule 5(b), and (d), Petitioner was never served with a copy by the Respondent (see Affidavit at page 2 paragraph 3). See also Rule 5(b) and (d) of Fed. R. Civ. P.

Wherefore, the Petitioner respectfully request that this Court grants his motion to file a rebuttal brief if he needs to because the respondent did not comply with the Civil Rule of Procedure.

                                               Respectfully Submitted,

                                               Mr. Filbert Nelson, pro-se
                                               MCI-Norfolk
                                               2 Clark Street
                                               P.O. Box 43
Dated: 27th, September 2006.   Norfolk, Mass. 02056


## CERTIFICATE OF SERVICES

I, Filbert Nelson, hereby certify that I have served a true copy of this Motion upon the Respondent's Counsel of record Susanne Reardon, Criminal Bureau, by mailing same postage prepaid first class to her at her usual address at the office of Attorney General. One Ashburton Place, Boston, Mass. 02108 on this 27th, day of September 2006.

                                               Mr. Filbert Nelson, pro-se