UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET N#04-10316-JLT

FILBERT NELSON,  )
    Petitioner,  )
)
Vs.  )
)
LUIS SPENCER,  )
    Respondent.  )

**VERIFIED ANNEXED AFFIDAVIT OF FILBERT NELSON IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE A REBUTTAL BRIEF TO THE REPSONDENT'S OPPOSITIONAL BRIEF TO PETITIONER'S APPEAL**

    I, Filbert Nelson do hereby state under the pains and penalties of perjury all of the following:

    1. That I am the Petitioner in the above and entitled action, and that I am currently incarcerated at the massachusetts Correctional institution Norfolk, 2 clak street, P.O.Box 43 Norfolk Mass. 02056.

    2. That all statements that make herein this Verified Annexed Affidavit are known to me of my own personal knowledge, and that I am Willing and Competent to Testify to all Statements that I make herein this Affidavit as a matter of law.

-1-

3. That I did not receive a copy of the Respondent's Opposition Brief to the (Supplemental Answer to Complaint, Volume I and II filed on August 23, 2006 in this Court. Moreover, I did not knew that the Respondent had filed an Opposition to my Appeal until after I received a copy of the docket entry from the First Circuit Court of Appeals, after filing a Status Report.

Sworn and subscribed on this 27th, day of September 2006.

Mr. Filbert Nelson, pro-se
MCI-Norfolk
2 Clark Street
P.O. Box 43
Norfolk, Mass. 02056


### CERTIFICATE OF SERVICE

I, Filbert Nelson, hereby certify that I have served the Respondent's Counsel of Record with a copy of this Affidavit via the Regular Institutional Mail on this <u>27th</u>, day of September 2006.

Mr. Filbert Nelson, pro-se

-2-